IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ANTUWANE TATE, WILLIAM D. WHITLEY,
BRANDON MCCOLLINS, and VALENTI
ARMSTEAD, on behalf of Themselves and
all other similarly situated employees,

    Plaintiffs,

v.

Case No. 2:18-cv-02315-MSN-tmp

BIMBO BAKERIES USA, INC., and
BIMBO FOODS BAKERIES
DISTRIBUTION, LLC,

    Defendants.

---

## JUDGMENT
---

**JUDGMENT BY COURT.** This action came before the Court upon Plaintiffs' Complaint (ECF No. 1), filed May 10, 2018.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (ECF No. 69) filed on September 6, 2019, this matter is hereby **DISMISSED WITHOUT PREJUDICE.**

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

September 18, 2019
Date